United States District Court
Western District of Texas
Midland-Odessa
**Deficiency Notice**

| | |
|---|---|
| To: | Young, Jeremi K. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, July 24, 2018 |
| Re: | 07:18-CV-00057-DC / Doc # 12 / Filed On: 07/23/2018 05:35 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Proposed Order Required. DO NOT RE-FILE the entire document. Please, file ONLY the Proposed Order. Use the "ATTACHMENT: event from the menu and attach the proposed order as the "Main Document." LINK the Proposed Order to the Original Document. In the Docket Text, type "(Proposed Order)".